No. 284. DELAVAN HOME & LAND CO., INC. *v.* COUNTY OF ERIE. October 8, 1945. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Winona & St. Peter Land Co.* v. *Minnesota,* 159 U. S. 526; *Anderson National Bank* v. *Luckett,* 321 U. S. 233, 243,

and cases cited. *Mr. Joseph A. Wechter* for appellant.